UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM BAKER,

                  Plaintiff,

      - against -

DETECTIVE JOHN DOE #1 and
DETECTIVE JOHN DOE #2,

                  Defendants.

-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★   JUL 09 2012   ★

**LONG ISLAND OFFICE**

**JUDGMENT**
CV-11-1807 (JFB)(ARL)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed

on July 6, 2012, dismissing this case without prejudice pursuant to Rules 41(b) and 4(m) of the

Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that this case is

dismissed without prejudice pursuant to Rules 41(b) and 4(m) of the Federal Rules of Civil

Procedure; and that this case is hereby closed.

Dated: Central Islip, New York
       July 9, 2012

                                DOUGLAS C. PALMER
                                CLERK OF THE COURT

                By:    /S/ CATHERINE VUKOVICH
                        DEPUTY CLERK